

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00037-CV

**THE CITY OF CLEBURNE,**

                                                                **Appellant**

 **v.**

**RT GENERAL, LLC,**

                                                                **Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. DC-C201900937

## ORDER ON MOTION FOR REHEARING

On December 30, 2020, appellant, the City of Cleburne, filed a motion for rehearing

in this matter. After review, we deny appellant's motion for rehearing.

JOHN E. NEILL
Justice

Before Chief Justice Gray and
        Justice Neill
Motion denied
Order delivered and filed January 20, 2021
[CV06]
[RWR]

